CHAUNCEY BAUM, Respondent, *v.* STEWART-KERBAUGH-SHANLEY COMPANY, Appellant.

*Baum* v. *Stewart-Kerbaugh-Shanley Co.*, 152 App. Div. 952 affirmed.
(Argued May 12, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 4, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover damages to plaintiff's land and crops alleged to have been occasioned by operations of defendant while engaged in the performance of a contract for public work.

*Paul Shipman Andrews* for appellant.

*George H. Sears* and *Willis J. Spicer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.